**Order filed October 22, 2013.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-13-00646-CV

_____

### PATRICE BARNES, Appellant

### V.

### THE TEXAS A&M UNIVERSITY SYSTEM AND
### PRAIRE VIEW A&M UNIVERSITY, Appellees

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 11-10-21109**

## O R D E R

The notice of appeal in this case was filed July 24, 2013. The clerk's record was filed August 30, 2013. To date, our records show that the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **November 4, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM